HENRY A. POWELL, as Assignee of JOHN C. PROVOST, Appellant, *v.* JOHN P. SCHENCK, Respondent.

(Submitted April 6, 1896; decided April 14, 1896.)

MOTION by the appellant to dismiss his own appeal granted upon payment of forty dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UNITED VERDE COPPER COMPANY, Appellant, *v.* JAMES A. ROBERTS, Comptroller of the State of New York, Respondent.

(Submitted April 6, 1896; decided April 14, 1896.)

MOTION for re-argument denied, without costs. (See 148 N. Y. 765.)

---

WASHINGTON BELT et al., Appellants, *v.* THE AMERICAN CENTRAL INSURANCE COMPANY, Respondent.

(Submitted April 6, 1896; decided April 14, 1896.)

MOTION for re-argument denied, with costs. (See 148 N. Y. 624.)